Date: 06/15/10          **DIVIDENDS REMITTED TO THE COURT**        *R#150439*      Page:
Check Number 115 Dated 06/15/10     *#115*
Case Number 09-17682 - RICHARDS, MELANI A.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Community Health Partners** <br> PO BOX 951282 <br> Cleveland, Oh. 44193 | 000009 | 27.74 | 0.21 |
| **Allen Medical Center** <br> PO BOX 740816 <br> Cincinnati, Oh. 45274-0819 | 000010 | 100.00 | 0.77 |
| ---------- Remittance Total --------------- | | 127.74 | 0.98 |

*(signature)*

DAVID O. SIMON, TRUSTEE

FILED 2010 JUN 15 AM 9:22 NORTHERN DISTRICT OF OHIO CLEVELAND